UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI RANDELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE WILLOWS CONDOMINIUM HOMEOWNERS ASSOCIATION, et al.,<br><br>　　　　　Defendants. | Case No. 16-cv-00428-VC<br><br>**ORDER GRANTING STIPULATED REQUEST TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND**<br><br>Re: Dkt. No. 31 |

　　　　The parties' stipulated request to extend the defendants' time to answer or otherwise respond to the complaint is granted.  The deadline is hereby extended to March 14, 2016.  The parties are reminded to familiarize themselves with the Court's standing orders so that in the future they follow the rules for submission of stipulated motions and other matters.

　　　　**IT IS SO ORDERED.**

Dated: March 9, 2016

VINCE CHHABRIA
United States District Judge