UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI RANDELL,<br><br>        Plaintiff,<br><br>    v.<br><br>SARA MILLER, et al.,<br><br>        Defendants. | Case No. 16-cv-00428-VC<br><br>**ORDER RE THE PLAINTIFF'S DISCOVERY RESPONSES** |

    As discussed at the hearing on October 27, 2016, Randell is ordered to produce all responsive documents and a privilege log (if necessary) by November 4, 2016.

    By close of business October 27, 2016, the defendants were ordered to provide Randell with a list of written responses that they contend are inadequate.  By close of business today, October 28, 2016, Randell is ordered to submit a letter to opposing counsel stating whether she believes her written responses to the interrogatories are adequate.  If the plaintiff agrees that any written responses are inadequate, her letter will also specify the date on which she will provide adequate responses.

    **IT IS SO ORDERED.**

Dated:  October 28, 2016

_____
VINCE CHHABRIA
United States District Judge